

BAP # AK-06-1030



**United States Bankruptcy Court**
**District of Alaska**
605 West Fourth Avenue, Suite 138
Anchorage, Alaska 99501-2296
Phone: (907) 271-2655
**Toll Free: (800) 859-8059**
http://www.akb.uscourts.gov



AKa

## TRANSMITTAL FORM (APPEAL)

Filed On 1/19/06

TO: Bankruptcy Appellate Panel of the Ninth Circuit
125 So. Grand Avenue
Pasadena, CA 91105

RECEIVED
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 2 4 2006

FROM: Bankruptcy Court for the District of ALASKA
District/Office No. 097X/3

FILED _____
DOCKETED _____
DATE   INITIAL

We are transmitting with this cover a Notice of Appeal which has been filed in our District. Also attached is a copy of the Notice of Filing of Appeal which has been transmitted to the parties. The pertinent information regarding this appeal is:

| CASE NAME: | In re Allvest Corporation, d/b/a Allvest, Inc. |
|---|---|
| Bankruptcy No.: | A02-01042-DMD |
| Adversary No.: | n/a |
| Bankruptcy Judge: | Donald MacDonald |
| Date Notice of Appeal Filed: | January 18, 2006 |
| Entry Date of Order Appealed From: | January 12, 2006 |
| Date Bankruptcy Filed: | October 3, 2002 |
| Date Notice of Appeal and Notice of Objection Period Mailed to Parties: | January 19, 2006 |
| Date of Transmittal to BAP: | January 19, 2006 |
| Date Appeal Fee Paid | January 19, 2006 |
| Other: | |

Dated: January 19, 2006                Wayne W. Wolfe, Clerk

By: /s/ Janet Stafford
Deputy Clerk

Serve: BAP
U. S. Trustee
Erik LeRoy, Esq. (for Brown - appellant)
John Siemers, Esq. (for trustee Battley)
Steve Shamburek, Esq. (for the J.W. Creditors)
Brett von Gemmingen, Esq. (for the J.W. Creditors)
C. Rapp
1/19/06

279