## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

ALLVEST CORPORATION, d/b/a
Allvest, Inc.,

        Debtor.

Case No. A02-01042-DMD
Chapter 7

Filed On
1/19/06

### NOTICE OF FILING OF NOTICE OF APPEAL
### AND TRANSMITTAL OF APPEAL TO BAP

To:    All Parties to the Appeal (listed below)

        and

Bankruptcy Appellate Panel of the Ninth Circuit
125 South Grand Avenue
Pasadena, California

        **NOTICE IS HEREBY GIVEN** that a Notice of Appeal was filed in this court by Evelyn Brown, trustee for the estate of Wassilie William Alexie, appellant, on January 18, 2006. A copy of the Notice of Appeal is attached hereto. The appeal is being transmitted to the BAP along with a copy of this notice. For further information, the parties to the appeal are referred to the Notice of Requirements for Perfection of Appeal, filed and served concurrently with this notice.

DATED: January 19, 2006

                                    WAYNE W. WOLFE
                                    Clerk, U.S. Bankruptcy Court

                                    By: /s/ Janet Stafford
                                         Deputy Clerk

Attachments:    Notice of Appeal

Serve:  U. S. Trustee ✓
         BAP
         Erik LeRoy, Esq. (for Brown - appellant) ✓
         John Siemers, Esq. (for trustee Battley) ✓
         Steve Shamburek, Esq. (for the J.W. Creditors) ✓
         Brett von Gemmingen, Esq. (for the J.W. Creditors)
         C. Rapp
                1/19/06

277

Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006
Attorney for Evelyn Brown, trustee for estate of
Wassillie William Alexis

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) <br> ) <br> ALLVEST, INC. ) <br> ) <br> Debtor. ) <br> ) <br> ) | Case No. A02-01042-DMD |

### NOTICE OF APPEAL

Evelyn Brown, trustee for the estate of Wassillie William Alexis, creditor in this case, appeals, under 28 U.S.C. §158(b), FBR 8001, and LBR 8001-1, the judgment of the bankruptcy judge that Brown's insurance claim became property of the estate by reason of a settlement agreement, which judgment was entered in this main case on January 12, 2006 at docket entry 275.

The names of all parties to the judgment appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

| Ken Battley, chapter 7 trustee | John Siemers <br> Burr Pease & Kurtz <br> 810 N St. <br> Anchorage, Alaska 99501 <br><br> (907)-276-6100 |
|---|---|

| J.W., B.P., K.S., C.W., & A.W. | Steven J. Shamburek<br>Law Office of Steven J. Shamburek<br>425 G. St., Ste 630<br>Anchorage, Alaska 99501<br><br>(907) 522-5339<br><br>and<br><br>Brett Von Gemmingen<br>Law Office of Brett Von Gemmingen<br>637 W. Third Ave.<br>Anchorage, Alaska 99501<br><br>(907) 278-5935 |
|---|---|
| Evelyn Brown, trustee for the estate of Wassillie William Alexis | Erik LeRoy, P.C.<br>500 L St., Ste 302<br>Anchorage, Alaska 99501<br><br>(907) 277-2006 |

Dated January 18, 2006.                    Erik LeRoy, P.C.
                                           Attorney for Appellant Evelyn Brown

                                           /s/ Erik LeRoy

                                           Erik LeRoy, P.C.
                                           500 L St., Ste 302
                                           Anchorage, Alaska 99501
                                           (907) 277-2006

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. §158(c), to have the appeal heard by the district court.