**FILED**

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, Alaska 99501
907-522-5339 Telephone
Counsel for J.W., B.P.,
K.S., C.W. and A.W.

JAN 2 7 2006

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## THE UNITED STATES BANKRUPTCY APPELLATE PANEL

### FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re | ) |
| | ) AK-06-1030 |
| ALLVEST, INC., | ) |
| | ) |
| Formerly known as | ) |
| | ) Case No. 02-01042 DMD |
| ALLVEST CORPORATION | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| _____ | ) |

### STATEMENT OF ELECTION
### 9TH CIR. BAP R. 8001(e)-1

Creditor and Appellant Evelyn Brown, trustee for the estate of Wassillie William Alexis, filed her Notice of Appeal on January 18, 2006. Pursuant to 9th Cir. BAP R. 8001(e)-1 and FRBP 8001(e), Creditors and Appellees J.W., B.P., K.S., C.W. and A.W. hereby elect to have the appeal heard by the district court under 28 U.S.C. § 158(c)(1).

DATED this 24th day of January, 2006.

LAW OFFICE OF STEVEN J. SHAMBUREK
Counsel for J.W., B.P., K.S., C.W.
and A.W.

By: *Steven J. Shamburek*
Steven J. Shamburek
ABA No. 8606063

**Certificate of Service**

The undersigned hereby certifies that on this 24th day of January, 2006, a true and correct copy of the above document was served by first class regular mail on:

John C. Siemers
Burr, Pease & Kurtz
810 N Street
Anchorage, Alaska 99501

Eric J. LeRoy, PC
500 L Street, Suite 302
Anchorage, Alaska 99501

Brett von Gemmingen
637 W. 3rd Avenue
Anchorage, Alaska 99501

*/s/ Steven J. Shamburek*
Steven J. Shamburek

2