UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

ALLVEST CORPORATION,

Debtor.

Case No. A02-01042-DMD
Chapter 7

Filed On
1/12/06

## JUDGMENT

In accordance with this court's Order and Memorandum Decision, dated January 12, 2006:

**IT IS ORDERED, ADJUDGED AND DECREED:**

1) The Motion for Order that Proceeds of Insurance Policy are not Property of the Estate, filed by creditor Evelyn Brown on April 29, 2005 [Docket No. 203], is denied; and

2) The Motion for Order Affirming that Insurance Claims are part of Settlement Fund, filed by the J.W. Creditors on May 20, 2005 [Docket No. 208], is granted.

DATED: January 12, 2006

BY THE COURT

/s/ Donald MacDonald IV
Donald MacDonald IV
United States Bankruptcy Judge

Serve:   J. Siemers, Esq.
E. LeRoy, Esq.
B. von Gemmingen, Esq.
D. Bauermeister, Esq.
S. Shamburek, Esq.
S. Sneed, Esq.
K. Battley, Trustee
U. S. Trustee

01/12/06