UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>EVELYN BROWN</u>, Appellant
v.
<u>J.W., et al</u>, Appellee

MICHAEL D. HALL, CLERK OF COURT

DEPUTY CLERK          USDC Appeal No. <u>3:06-cv-00044 TMB</u>
                       Bankruptcy Petition No. 02-01042
<u>Shari Fuhrer</u>                 BAP No. AK-06-1030

PROCEEDINGS: **CLERK'S NOTICE**          DATE: February 24, 2006

**NOTICE OF USDC APPEAL NUMBER**

This appeal in the U.S. District Court will be case number **3:06-cv-00044 TMB**. This number must be used on all documents presented for filing in this matter in the District Court.

The Clerk of the Bankruptcy Court shall transmit the record on appeal to the Clerk, U.S. District Court when the record is complete for the purposes of appeal. The Clerk, U.S. District Court shall forthwith notify the parties of the date of filing of the record.

[]{BKCYAPP.WPD*Rev.1/97}