RECEIVED
MAR 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

Filed On
3/9/06

In re:

ALLVEST CORPORATION, d/b/a
Allvest, Inc.,

          Debtor.

Bankruptcy Case
No. A02-01042-DMD
Chapter 7

**USDC Appeal No. 3:06-cv-00044 TMB**

### RECORD ON APPEAL
### FROM CLERK, U.S. BANKRUPTCY COURT
### (RECORD IN FOUR VOLUMES)

**Names, Addresses and Phone Numbers of Attorneys of Record:**

**For Appellant Evelyn Brown, Personal Representative for the estate of Wassilie William Alexie:**

Erik LeRoy
500 L Street, Suite 302
Anchorage, Alaska 99501
(907) 277-2006

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West Sixth Avenue, Suite 250
Anchorage, Alaska 99501
(907) 277-6177

**For Appellees J.W., B.P., K.S., C.W. and A.W. ("the J.W. Creditors"):**

Steven J. Shamburek
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339

Brett von Gemmingen
637 West Third Avenue
Anchorage, Alaska 99501
(907) 278-5935

**For Trustee Kenneth Battley:**

John C. Siemers
Burr, Pease & Kurtz
810 N Street
Anchorage, Alaska 99501
(907) 276-6100

**For William Weimar:**

Spencer C. Sneed
Dorsey & Whitney, LLP
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-4557

294

2
Record on Appeal
Appeal No. **3:06-cv-00044 TMB**

The papers transmitted herewith constitute the record on appeal pursuant to Fed. R. Bankr. P. 8006, the appellant's designation of record filed on January 30, 2006, the appellees' designation of record filed on February 6, 2006, and the appellees' supplemental designations filed on February 21, 2006, and March 6, 2006. The record on appeal consists of four volumes, including:

| | |
|---|---|
| VOLUME ONE: | Pleadings from Bankruptcy Case No. A02-01042-DMD |
| VOLUME TWO: | Transcript of Proceeding |
| VOLUME THREE: | Appellant Brown's Exhibits |
| VOLUME FOUR: | Appellee the J.W. Creditors' Exhibits |

The record is more particularly described, and indexed, as follows:

## VOLUME ONE:

| Docket No. | Description of Pleading | Date Filed/Entered |
|---|---|---|
| 73 | Judgment Approving Settlement Agreement | 12/31/2002 |
| 207 | Opposition to Motion for Order that Proceeds of Insurance Policy Are Not Property of the Estate and Memorandum in Support of Cross-Motion for Order Affirming that Insurance Claims are Part of Settlement Fund [filed by J.W. Creditors] | 05/20/2005 |
| 219 | Brown's Reply Memorandum to J.W. Creditors' Opposition to Brown's Motion and Motion for Order that Insurance Proceeds are Part of Settlement Fund | 07/25/2005 |
| 229 | Reply in Support of Motion for Order that Insurance Proceeds are Part of Settlement Fund [filed by J.W. Creditors] | 08/12/2005 |
| 237 | Order Granting Motion for Order Affirming that Insurance Claims are Part of Settlement Fund, and Denying Motion for Order that Proceeds of Insurance Policy are not Property of Estate | 09/13/2005 |

3
Record on Appeal
Appeal No. **3:06-cv-00044 TMB**

| 238 | Judgment [Re: Insurance Proceeds] | 09/13/2005 |
| --- | --- | --- |
| 239 | Motion for Reconsideration [filed by Brown] | 09/22/2005 |
| 240 | Order Setting Hearing on Motion for Reconsideration | 10/11/2005 |
| 242 | Memorandum Regarding Motion for Reconsideration | 10/20/2005 |
| 243 | Order Granting Motion for Reconsideration In Part and Scheduling Evidentiary Hearing | 10/20/2005 |
| 248 | Proceeding Memorandum re: Evidentiary Hearing | 11/09/2005 |
| 273 | Memorandum Decision | 01/12/2006 |
| 274 | Order | 01/12/2006 |
| 275 | Judgment | 01/12/2006 |
| 276 | Notice of Appeal [filed by Brown] | 01/18/2006 |
| 281 | Statement of Election to U.S. District Court [filed by the J.W. Creditors; copy of original transmitted to Bankruptcy Appellate Panel] | 01/25/2006 |
| 283 | Appellant's Designation of Record on Appeal | 01/30/2006 |
| 284 | Appellant's Statement of Issues on Appeal | 01/30/2006 |
| 285 | Appellee's Designation of Additional Items Included in the Record on Appeal | 02/06/2006 |
| 288 | Appellee's Supplemental Designation of Additional Items Included in the Record on Appeal | 02/21/2006 |
| 293 | Appellee's Supplemental Designation of Additional Items Included in the Record on Appeal | 03/06/2006 |

## VOLUME TWO:

| Docket No. | Description of Pleading | Date Filed/Entered |
| --- | --- | --- |
| 287 | Transcript of Proceedings: Evidentiary Hearing held on Wednesday, November 9, 2005. | 02/14/2006 |

4
Record on Appeal
Appeal No. **3:06-cv-00044 TMB**

### VOLIME THREE - APPELLANT'S [BROWN'S] EXHIBITS:

| Exhibit No. | Description |
|---|---|
| 1 | Motion to Approve Settlement Agreement (Docket No. 69), filed December 31, 2002. |
| 2 | Judgment Approving Settlement Agreement (Docket No. 73), entered December 31, 2002, with Exhibit A [Settlement Agreement]. |
| 3 | Findings and Conclusions on Approval of Settlement Agreement (Docket No. 74), filed December 31, 2002. |
| 4 | Memorandum in Support of Interim Fee Application of Burr, Pease & Kurtz (Docket No. 135), filed October 24, 2003. |
| 5 | Evelyn Brown's receiver claim, including: Letter dated September 14, 1999, from Burke & Bauermeister, P.L.L.C. to Evelyn Brown; Proof of Claim Form for Loss Claims to Classic Fire & Marine Insurance Co. in Liquidation; Letter dated August 11, 1999 from Liquidation Claims Department to Brown; and Letter dated April 24, 2003, from Elizabeth Lovette, Special Deputy Liquidator, to Brown. |
| 6 | Affidavit of Lester K. Syren, dated May 14, 2005. |
| 7 | Affidavit of Brett Von Gemmingen, dated May 19, 2005. |
| 8 | John Siemers' draft letter dated June 11, 2003. |
| 9 | Letter dated March 16, 2004, from Clifford Courtney to John Siemers and Don Bauermeister. |
| 10 | Confirmation of three claims with receiver, consisting of three letters from Elizabeth A. Lovette, Special Deputy Liquidator of Classic Fire & Marine Insurance Company in Liquidation and dated April 24, 2003 (re claim No. 037688-001426), August 27, 2003 (re claim No. 037668-001425), and April 24, 2003 (re claim No. 002892-001005). |
| 11 | Transcript of Proceedings: Oral Argument on Motion for Reconsideration, held on October 18, 2005. |

5
Record on Appeal
Appeal No. **3:06-cv-00044 TMB**

### **VOLIME FOUR - APPELLEES' [THE J.W. CREDITORS'] EXHIBITS:**

| Exhibit No. | Description |
|---|---|
| A | Settlement Agreement |
| B | Order Approving Sale of Virginia Property [entered in Case No. 3AN-97-7192 CI on August 28, 2002, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage]. |
| C | Order for Preliminary Injunction [entered in Case No. 3AN-97-7192 CI on May 22, 2002, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage]. |
| D | Notes from Settlement Meeting |
| E | Stipulation and Order for Release of Funds from Court Registry [entered in Case No. 3AN-97-7192 CI on January 14, 2003, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage]. |
| F | Letter dated January 2, 2003, from John Siemers to Dylan Bucholdt, Re: Allvest Litigation |

The undersigned Deputy Clerk for the U.S. Bankruptcy Court, District of Alaska, hereby certifies that the above listed pleadings are copies of the papers on file in that court and such pleadings are being transmitted to the Clerk of the United States District Court for the District of Alaska pursuant to Fed. R. Bankr. P. 8007.

Dated: March 7, 2006         WAYNE WOLFE, Clerk
                             United States Bankruptcy Court


                             /s/ Janet Stafford
                             By: JANET STAFFORD, Deputy Clerk

Serve:  Erik LeRoy, Esq. (for appellant) ✓
        Steve Shamburek, Esq. (for appellee) ✓
        Brett von Gemmingen, Esq.
        Don Bauermeister, Esq.
        John Siemers, Esq. ✓
        Spencer Sneed, Esq. ✓
        Dylan Bucholdt, Esq.
        Ken Battley, Trustee ✓
        K. Hill, Esq. ✓
             3/9/06