UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EVELYN BROWN, et al.   v.   J.W., et al.

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                      CASE NO.   3:06-cv-00044 TMB

 Patty Demeter

PROCEEDINGS: **CLERK'S NOTICE**                   DATE: March 10, 2006

**CLERK'S NOTICE OF DOCKETING**

    Certification of the record on appeal was docketed in District Court on March 9, 2006.

    Pursuant to FRBP 8009, time for filing appellant's, appellee's and reply briefs for consideration by this court shall be fifteen (15) days, fifteen (15) days, and ten (10) days, respectively.

[] (BAPDOC.WPD 01/03)