Steven J. Shamburek  
Law Office of Steven J. Shamburek  
425 G Street, Suite 630  
Anchorage, Alaska 99501  
(907) 522-5339 Telephone  
shamburekbank@gci.net  
Counsel for J.W., B.P.,  
K.S., C.W. and A.W.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALLVEST CORPORATION, | ) | Case No. A02-01042 DMD |
| | ) | |
| Debtor. | ) | 3:06-cv-0044 TMB |
| | ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME**

Comes now Appellees J.W., B.P., K.S., C.W. and A.W., by and through counsel, and file this Stipulated Motion For Extension Of Time.

Appellant and Appellees, through counsel, stipulate that Appellees' Brief shall be due on or before April 28, 2006 and Appellant's Reply brief shall be due on or before May 19, 2006. The undersigned represents that Mr. LeRoy, counsel for Appellant, agrees to this extension.

DATED this 29th day of March, 2006 at Anchorage, Alaska.

        LAW OFFICE OF STEVEN J. SHAMBUREK  
        Counsel for J.W., B.P., K.S., C.W.  
           and A.W.

        /s/ Steven J. Shamburek  
By:_____  
        Steven J. Shamburek  
        Alaska Bar No. 8606063  
        LAW OFFICE OF STEVEN J. SHAMBUREK  
        425 G Street, Suite 630  
        Anchorage, Alaska 99501  
        (907) 522-5339 Direct  
        shamburekbank@gci.net

**Certificate of Service**

    The undersigned hereby certifies that on this 29th day of March, 2006, a true and correct copy of the above document was served by the ECF system on:

Eric J. LeRoy, PC


/s/ Steven J. Shamburek
_____
Steven J. Shamburek