MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*In re Allvest Corporation, d/b/a Allvest, Inc.*
Case No. 3:06-cv-0044-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

      This is an appeal from a decision of the bankruptcy court. On March 23, 2006, Appellant filed its opening brief. Docket No. 7. Appellees move for an extension of time to respond. Docket No. 8. The motion is unopposed.

      **IT IS THEREFORE ORDERED:**
The motion at **Docket No. 8** is **GRANTED**. Appellees' brief is due **on or before April 28, 2006**. Appellant's reply is due **on or before May 19, 2006.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  March 29, 2006