Steven J. Shamburek
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Telephone
shamburekbank@gci.net
shamburek@gci.net
Counsel for J.W., B.P.,
K.S., C.W. and A.W.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALLVEST CORPORATION, | ) | Case No. A02-01042 DMD |
| | ) | |
| Debtor. | ) | 3:06-cv-0044 TMB |
| | ) | |

**SECOND STIPULATED MOTION FOR EXTENSION OF TIME**

Comes now Appellees J.W., B.P., K.S., C.W. and A.W., by and through counsel, and file this Second Stipulated Motion For Extension Of Time.

Appellees have been working diligently on the Appellees' Brief, yet they require another week to finalize the Brief. Appellant and Appellees, through counsel, stipulate that Appellees' Brief shall be due on or before May 5, 2006 and Appellant's Reply brief shall be due on or before May 26, 2006. The undersigned represents that Mr. LeRoy, counsel for Appellant, agrees to this extension.

DATED this 28th day of April, 2006 at Anchorage, Alaska.

        LAW OFFICE OF STEVEN J. SHAMBUREK
        Counsel for J.W., B.P., K.S., C.W.
         and A.W.

         s/ Steven J. Shamburek
      By:_____
        Steven J. Shamburek
        LAW OFFICE OF STEVEN J. SHAMBUREK
        425 G Street, Suite 630

```
                              Anchorage, Alaska 99501
                              (907) 522-5339
                              (907) 522-5393
                              shamburekbank@gci.net
                              shamburek@gci.net
                              Alaska Bar No. 8606063
```

**Certificate of Service**

The undersigned hereby certifies that on this 28th day of April, 2006, a true and correct copy of the above document was served by the ECF system on:

Eric J. LeRoy, PC


s/ Steven J. Shamburek
_____
Steven J. Shamburek

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

```
In re:                          )
                                )
ALLVEST CORPORATION,            )    Case No. A02-01042 DMD
                                )
          Debtor.               )    3:06-cv-0044 TMB
_____)
```

**[PROPOSED]**
**ORDER REGARDING SECOND STIPULATED MOTION FOR EXTENSION OF TIME**

    Appellees J.W., B.P., K.S., C.W. and A.W., by and through counsel, filed a Second Stipulated Motion For Extension Of Time and represented that Appellant stipulated to the proposed deadlines.

    Appellees' Brief shall be due on or before May 5, 2006 and Appellant's Reply brief shall be due on or before May 26, 2006.

    IT IS SO ORDERED.

    DATED this ___ day of ____, 2006 at Anchorage, Alaska.

```
                              _____
                              TIMOTHY M. BURGESS
                              DISTRICT COURT JUDGE
```