**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALLVEST CORPORATION, | ) | Case No. A02-01042 DMD |
| | ) | |
| Debtor. | ) | 3:06-cv-0044 TMB |
| | ) | |

**ORDER REGARDING SECOND STIPULATED MOTION FOR EXTENSION OF TIME**

Appellees J.W., B.P., K.S., C.W. and A.W., by and through counsel, filed a Second Stipulated Motion For Extension Of Time and represented that Appellant stipulated to the proposed deadlines.

Appellees' Brief shall be due on or before May 5, 2006 and Appellant's Reply brief shall be due on or before May 26, 2006.

IT IS SO ORDERED.

DATED this 1st day of May, 2006 at Anchorage, Alaska.

/s/ Timothy Burgess
TIMOTHY M. BURGESS
DISTRICT COURT JUDGE