Steven J. Shamburek
Law Office of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Telephone
shamburekbank@gci.net
shamburek@gci.net
Counsel for J.W., B.P.,
K.S., C.W. and A.W.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALLVEST CORPORATION, | ) | Case No. A02-01042 DMD |
| | ) | |
| Debtor. | ) | 3:06-cv-0044 TMB |
| | ) | |

### REQUEST FOR ORAL ARGUMENT

Comes now Appellees J.W., B.P., K.S., C.W. and A.W., by and through counsel, and file this Request For Oral Argument.

Appellees believe that oral argument will assist the court in the resolution of this matter.

DATED this 26th day of May, 2006 at Anchorage, Alaska.

```
                         LAW OFFICE OF STEVEN J. SHAMBUREK
                         Counsel for J.W., B.P., K.S., C.W.
                            and A.W.

                         s/ Steven J. Shamburek
                     By:_____
                         Steven J. Shamburek
                         LAW OFFICE OF STEVEN J. SHAMBUREK
                         425 G Street, Suite 630
                         Anchorage, Alaska 99501
                         (907) 522-5339
                         (907) 522-5393
                         shamburekbank@gci.net
                         shamburek@gci.net
                         Alaska Bar No. 8606063
```

**Certificate of Service**

    The undersigned hereby certifies that on this 26th day of May, 2006, a true and correct copy of the above document was served by the ECF system on:

Eric J. LeRoy, PC


s/ Steven J. Shamburek
_____
Steven J. Shamburek