Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
telephone (907) 277-2006
facsimile   (907) 277-2243
leroy@alaska.com
Attorney for Appellant Evelyn Brown, trustee
for estate of Wassillie William Alexie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) | |
| ) | |
| ALLVEST, CORPORATION d/b/a/ ) | |
| ALLVEST  INC. ) | Bankruptcy Case No. A02-01042-DMD |
| ) | |
| Debtor. ) | USDC Appeal No. 3:06-cv-00044 TMB |
| ) | |

**Appellant's Non-opposition to Appellee's Request for Oral Argument**

Appellant does not oppose Appellee's request for oral argument.


May 31, 2006.                           Erik LeRoy, P.C.
                                        Attorney for Appellant Evelyn Brown

                                        */s/ Erik LeRoy*

                                        Erik LeRoy, P.C.
                                        500 L St., Ste 302
                                        Anchorage, Alaska 99501
                                        (907) 277-2006
                                        Alaska Bar Ass'n # 8310130

Certificate of Service

I certify that on May 31, 2006 a copy of this pleading was served on

Brett Von Gemmingen
637 W 3rd Ave.
Anchorage, AK 99501

Steve Shamburek


by first class mail if an address in indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.


Erik LeRoy

*/s/ Erik LeRoy*