# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 EVELYN BROWN  v.  J.W. *ET AL* (*In re ALLVEST*)

HONORABLE TIMOTHY M. BURGESS

DATE: June 14, 2006                                  CASE NO.  3:06-cv-00044-TMB 

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**

ORDER SETTING ORAL ARGUMENT

Oral argument is this matter will be heard at 10:00 a.m., **July 21, 2006** at the U.S. Courthouse/Federal Building, 222 West Seventh Avenue, Anchorage, Alaska.

Counsel are allotted 20 minutes for each side for argument.