Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
telephone (907) 277-2006
facsimile   (907) 277-2243
leroy@alaska.com
Attorney for Appellant Evelyn Brown, trustee
for estate of Wassillie William Alexie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: )<br>)<br>ALLVEST, CORPORATION d/b/a/ )<br>ALLVEST  INC. )<br>)<br>      Debtor. )<br>_____ ) | Bankruptcy Case No. A02-01042-DMD<br><br>USDC Appeal No. 3:06-cv-00044 TMB |

### Appellant's Supplemental Authority

The authority the Court requested at the July 21, 2006 oral argument is 11 U.S.C. §726(a)(4).

July 21, 2006.                                   Erik LeRoy, P.C.
                                                 Attorney for Appellant Evelyn Brown

                                                 */s/ Erik LeRoy*

                                                 Erik LeRoy, P.C.
                                                 500 L St., Ste 302
                                                 Anchorage, Alaska 99501
                                                 (907) 277-2006
                                                 Alaska Bar Ass'n # 8310130

Certificate of Service

I certify that on July 21, 2006 a copy of this pleading was served on

Brett Von Gemmingen
637 W 3rd Ave.
Anchorage, AK 99501

Steve Shamburek

by first class mail if an address in indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.


Erik LeRoy

*/s/ Erik LeRoy*