UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*In re:*
ALLVEST CORPORATION, d/b/a
ALLVEST, INC.
        Debtor

EVELYN BROWN, Trustee of the
Estate of Wassillie William
Alexie,
        Appellant,

v.

J.W.; B.P.; K.S.; C.W.;
A.W.; and KENNETH W.
BATTLEY, Trustee,
        Appellees.

**Case Number 3:06-cv-00044-TMB**

**JUDGMENT ON BANKRUPTCY APPEAL**

Bankruptcy Case No. A02-01042-DMD

    The court having entered its decision in this matter.

    IT IS ORDERED AND ADJUDGED:

    THAT the judgment/order of the United States Bankruptcy Court is hereby:

 X  AFFIRMED

_____
Date: August 1, 2006

          Ida Romack
          Clerk of Court

          Elisa Singleton
          (By) Deputy Clerk

[Allvest judgment.wpd]{JMT3.WPT*Rev.3/04}