Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
telephone (907) 277-2006
facsimile   (907) 277-2243
leroy@alaska.com
Attorney for Appellant Evelyn Brown, trustee
for estate of Wassillie William Alexie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) <br> ) <br> ALLVEST, CORPORATION d/b/a/ ) <br> ALLVEST INC. ) <br> ) <br> Debtor. ) <br> ) <br> EVELYN BROWN, Trustee of the ) <br> Estate of Wassillie William Alexie ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> J.W.; B.P.; K.S.; C.W.; A.W.; and ) <br> KENNETH W. BATTLEY, Trustee ) <br> ) <br> Appellees. ) <br> ) | Bankruptcy Case No. A02-01042-DMD <br><br><br><br><br><br><br><br> USDC Appeal No. 3:06-cv-00044 TMB |

### Notice of Appeal to
### United States Court of Appeals
### for the Ninth Circuit

Evelyn Brown, Trustee of the Estate of Wassillie William Alexie, Appellant, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court for the district of Alaska entered in this case on August 1, 2006 referencing the court's decision of July 31, 2006, affirming the judgment of the bankruptcy court for the district of Alaska.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

1. Appellant

    Evelyn Brown, Trustee of the
    Estate of Wassillie William Alexie
    represented by
    Erik LeRoy
    Erik LeRoy, P.C.
    500 L St., Ste 302
    Anchorage, Alaska 99501

2. Appellees

    a. J.W.; B.P.; K.S.; C.W.; A.W.
       represented by

        Brett Von Gemmingen
        637 W. 3rd Ave.
        Anchorage, Alaska 99501

        and

        Steven J. Shamburek
        Law of Steven J. Shamburek
        425 G St., Ste 630
        Anchorage, Alaska 99501

    b. Kenneth Battley, Trustee
       represented by

        John Siemers
        Burr Pease & Kurtz
        810 N St.
        Anchorage, Alaska 99501

Dated August 29, 2006.   Erik LeRoy, P.C.
                         Attorney for Appellant Evelyn Brown

                         */s/ Erik LeRoy*

                         Erik LeRoy, P.C.
                         500 L St., Ste 302
                         Anchorage, Alaska 99501
                         (907) 277-2006