Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
telephone (907) 277-2006
facsimile   (907) 277-2243
leroy@alaska.com
Attorney for Appellant Evelyn Brown, trustee
for estate of Wassillie William Alexie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:   )<br>  )<br>ALLVEST, CORPORATION d/b/a/   )<br>ALLVEST  INC.   )<br>  )<br>  Debtor.   )<br>  )<br>EVELYN BROWN, Trustee of the   )<br>Estate of Wassillie William Alexie   )<br>  )<br>  Appellant,   )<br>  )<br>v.   )<br>  )<br>J.W.; B.P.; K.S.; C.W.; A.W.; and   )<br>KENNETH W. BATTLEY, Trustee   )<br>  )<br>  Appellees.   )<br>_____ ) | Bankruptcy Case No. A02-01042-DMD<br><br><br><br><br><br><br><br>USDC Appeal No. 3:06-cv-00044 TMB |

**Representation Statement**

Evelyn Brown, Trustee of the Estate of Wassillie William Alexie, Appellant,

submits this Representation Statement in compliance with 9th Cir. Rule 3-2.

1. Appellant

    Evelyn Brown, Trustee of the
    Estate of Wassillie William Alexie
    represented by
    Erik LeRoy
    Erik LeRoy, P.C.
    500 L St., Ste 302
    Anchorage, Alaska 99501
    (907)277-2006

2. Appellees

    a. J.W.; B.P.; K.S.; C.W.; A.W.
       represented by

       Brett Von Gemmingen
       637 W. 3rd Ave.
       Anchorage, Alaska 99501
       (907) 278-5935
            and

       Steven J. Shamburek
       Law of Steven J. Shamburek
       425 G St., Ste 630
       Anchorage, Alaska 99501
       (907) 522-5339

    b. Kenneth Battley, Trustee
       represented by

       John Siemers
       Burr Pease & Kurtz
       810 N St.
       Anchorage, Alaska 99501
       (907) 276-6100

Dated August 29, 2006.             Erik LeRoy, P.C.
                                   Attorney for Appellant Evelyn Brown

                                   */s/ Erik LeRoy*

                                   Erik LeRoy, P.C.
                                   500 L St., Ste 302
                                   Anchorage, Alaska 99501
                                   (907) 277-2006