

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: <br> ALLVEST CORPORATION d/b/a/ ALLVEST INC. <br><br> EVELYN BROWN trustee of the estate of Wassillie William Alexie (appellant) J.W.: B.P.:K.S.:C.W.:A.W.: and KENNETH W. BATTLEY (appellees) | DISTRICT: Alaska      JUDGE: Burgess |
|---|---|
| | DISTRICT COURT NUMBER: 6-cv-00044 TMB |
| | DATE NOTICE OF APPEAL FILED: 8/29/06     IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** Bankruptcy appeal from the decision of the bankruptcy court which found that Brown's claim against the receiver of an insurance company belonged to the bankruptcy estate.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** The bankruptcy court, and on appeal, the district court, were wrong to conclude that Brown contributed or assigned her claim to the bankruptcy trustee.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION | ☐ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☒ OTHER (SPECIFY): 28 USC 158(d) | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | | ☒ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | | ☐ JUDGMENT AS A MATTER OF LAW | |
| | ☐ OTHER (SPECIFY): | ☐ OTHER (SPECIFY): | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____[signature]_____     _____8-29-06_____
Signature                              Date

### COUNSEL WHO COMPLETED THIS FORM

NAME: Erik LeRoy
FIRM: Erik LeRoy P.C.
ADDRESS: 500 L St., Ste 302, Anchorage, Alaska 99501
E-MAIL: leroy@alaska.com
TELEPHONE: 907.277.2006
FAX: 907.277.2243

✶THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✶
✶IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✶