**RECEIVED**

**SEP 1 5 2006**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

6-35777

**CASE INFORMATION:**
Short Case Title: Brown v. J.W. et al.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Timothy M. Burgess  3:06-cv-00044-TMB
Date Complaint/Indictment/Petition Filed: 2/13/2006
Date Appealed Order/Judgment *entered*: 8/1/2006
Date NOA *filed*: 8/29/2006
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Patty Demeter 907-677-6144

Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _              Date FP denied: _
Is FP pending? No_yes/no        Was FP Limited/Revoked?
US Government Appeal?    __yes/no
Companion Cases?  Please list: Bankruptcy Case No. A02-01042-DMD_

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
**Erik LeRoy**                          **Brett Von Gemmingen**
550 L St., Ste 302                      637 W. 3rd Ave.
Anchorage, AK 99501                     Anchorage, AK 99501
907-277-2006                            907-278-5935
Email: leroy@alaska.com

Fax: 907-277-2243                       **Steven J. Shamburek**

**Don C. Bauermeister**                 425 G Street, Ste. 630

921 W. 6th Ave., Ste 250                Anchorage, AK 99501

Anchorage, AK 99501                     Email: shamburek@GCI.NET

907-277-6177                            907-522-5339

Fax: 907-277-6111

Email: bblaw@alaska.com                 **John Siemers**

                                        Burr Pease & Kurtz

Case 3:06-cv-00044-TMB    Document 30    Filed 08/30/2006    Page 2 of 2

810 N St.

Anchorage, AK 99501

907-276-6100

X_retained    __CJA    __FPD    __FPD    __Other        Please attach Appointment Order.

**DEFENDANT INFORMATION:**

Prisoner ID:                          Address: __

Custody: __                              __

Bail: __

**AMENDED NOTIFICATION INFORMATION:**

Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:    Elisa Singleton

907-677-6105