**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 6-35777             U.S. District Court # 3:06-cv-00044-TMB
Short Case Title   Brown v. J.W. et. al.
Date Notice of Appeal Filed by Clerk of District Court 8/29/06

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(X)  I do not intend to designate any portion of the transcript and will notify counsel of this intention.*

( )  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____
Signature of Attorney  _Erik_  ERIK LeRoy  Phone Number 277-2006
Address  500 L St Ste 302, Anchorage AK 99501

*  I notified Appellee that I would not be ordering a transcript and Appellee has not indicated that it wishes to order a transcript of oral proceedings.

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
       (Signature of Court Reporter)

( )  Arrangements for payment were made on _____
( )  Arrangements for payment have not been made pursuant to FRAP 10(b).
     Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter
     Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)