RECEIVED

UNITED STATES COURT OF APPEALS

OCT 02 2006

FOR THE NINTH CIRCUIT

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED

SEP 29 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| EVELYN BROWN, trustee for the estate of Wassillie William Alexis,<br><br>   Appellant,<br><br>v.<br><br>J. W.; et al.,<br><br>   Appellees. | No. 06-35777<br>3:06-cv-00644 TMB<br><br>ORDER SETTING<br>ASSESSMENT CONFERENCE<br><br>Date:  October 31, 2006<br>Time:  4:00 p.m.<br>Pacific (San Francisco) Time |
|---|---|

  This case is under consideration for inclusion in the Mediation Program. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

  A settlement assessment conference will be held by telephone on **October 31, 2006**, at **4:00 p.m. PACIFIC (San Francisco) Time**. A Circuit Mediator will initiate the telephone call and contact each participant at the telephone number listed on the attached list. Check the information for completeness and accuracy. Questions or comments about the conference date or participants should be directed to the Mediation Assistant via **fax** at (415) 556-9725. **If the appeal settles or a motion to dismiss pursuant to Fed. R. App. P. 42(b) is filed prior to the conference, please inform the Mediation Assistant via fax immediately.**

  Procedures governing the assessment conference and the Mediation Program are discussed in the attached memorandum. Counsel are expected to familiarize themselves with the information in the memorandum. All participants in the assessment conference shall comply with the confidentiality provisions set forth in Paragraph I.

**The briefing schedule previously set by the court remains in effect.**

FOR THE COURT

_____
Elisa Monterola
Deputy Clerk

S:\CASES\2006\06-35777\06-09-27-ac.wpd