## LIST OF CONFERENCE PARTICIPANTS

06-35777                           Brown v J W

| | |
|---|---|
| EVELYN BROWN, trustee for the estate of Wassillie William Alexis<br>    Appellant | Erik LeRoy, Esq.<br>TEL: 907-277-2006<br>FAX: 907-277-2243<br>ERIK LEROY, P.C.<br>500 L St.<br>Suite 302<br>Anchorage, AK 99501 |
| v. | |
| J. W.; et al.<br>    Appellees | Steven J. Shamburek, Esq.<br>TEL: 907-522-5339<br>FAX: 907-522-5393<br>LAW OFFICE OF STEVEN J. SHAMBUREK<br>425 "G" Street<br>Suite 630<br>Anchorage, AK 99501<br><br>Brett Von Gemmingen, Esq.<br>TEL: 907-278-5935<br>FAX:<br>637 W. 3rd Ave.<br>Anchorage, AK 99501 |
| KENNETH BATTLEY<br>    Appellee | John C. Siemers, Esq.<br>TEL: 907-279-2411<br>FAX:<br>BURR, PEASE & KURTZ<br>810 N Street<br>Anchorage, AK 99501-3293 |

RECEIVED
OCT 02 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA