UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
DEC 11 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| EVELYN BROWN, trustee for the estate of Wassillie William Alexis,<br><br>Appellant,<br><br>v.<br><br>J. W.; et al.,<br><br>Appellees. | No. 06-35777<br><br>D.C. No. CV-06-00044-A-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
DEC 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On or before December 22, 2006, counsel for appellant is requested to contact the Circuit Mediator to report on the status of the case.

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before February 16, 2007; appellees shall file an answering brief on or before March 19, 2007; appellant may file an optional reply brief on or before April 2, 2007.

FOR THE COURT

*[signature]*

Peter W. Sherwood
Circuit Mediator

S:\CASES\2006\06-35777\06-12-06-stat rpt.wpd