## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVELYN BROWN, trustee for the estate of Wassillie William Alexis,<br><br>Appellant,<br><br>V.<br><br>J. W.; et al.,<br><br>Appellees. | No. 06-35777<br>D.C. No. CV-06-00044-A-TMB<br><br>**JUDGMENT** |

**RECEIVED**
OCT 0 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 09/06/07

A TRUE COPY    10/1/07
ATTEST
CATHY CATTERSON
Clerk of Court

**Signature Redacted**
by:___
         Deputy Clerk

This certification does constitute the mandate of the court.